■ 57 HERKIMER ST. CORP., Appellant, v. JODIE A. PASS, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ GLORIA A. GUERIN, Respondent, v. ERIC O. GUERIN, Appellant.— Motion for reconsideration of motion for a stay denied, without costs. Nolan, P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ JOSEPH HARRIS, Appellant, v. JUSTINE L. LAMBERT, Respondent, et al., Defendants.— Motion by respondent Lambert to dismiss the appeal on the ground that the record previously filed by appellant is improperly certified and incomplete, or in the alternative, to permit said respondent to file a supplemental record on appeal. The motion is granted to the extent of the alternative relief requested. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Respondents-Appellants, Relative to Acquiring Title to Real Property Required for (1) Clearview Expressway from Horace Harding Expressway to Cross Island Parkway; (2) Addition to Bayside High School, and (3) Relocation for the Clearview Expressway. JACK PARKER et al., Appellants-Respondents.— Motion by respondent City of New York to amend the decision and order of this court, dated December 31, 1959 (9 A D 2d 949), in accordance with a stipulation, dated August 22, 1960 between the parties, a copy of which is annexed to the moving papers. Motion granted. Said decision is amended by striking out its second paragraph and by substituting therefor the following paragraph: " Decrees insofar as appealed from modified upon the law and the facts by increasing the total award to appellant Parker from $1,832,029 to $1,917,000, which is divided and allocated as follows:

| | | | |
|---|---|---|---|
| Clearview Expressway (Damage Parcels 522, 525 and 577) .............. | | Land | $ 536,800. |
| Bayside High School (Damage Parcels 1, 2, 3, 4, 5, 7 and 8) .............. | | Land | 242,100. |
| Relocation, Clearview Expressway | | | |
| DP's 1, 3 and 6............................... | | Land | 691,800. |
| DP 1-A............................... | | Land & Impts. | 446,300. |
| **Total** ...................................... | | | **$1,917,000.** |

and by increasing the total award to the appellants Pickman from $710,310 to $750,000, which is divided and allocated as follows:

| | | | |
|---|---|---|---|
| Clearview Expressway (Damage Parcel 579) ...........Land | | | $ 76,700. |
| Relocation, Clearview Expressway (Damage Parcels 1 to 13 inclusive) ...........................Land & Impts. | | | 673,300. |
| | | | **$ 750,000.** |

As so modified, decrees insofar as appealed from, unanimously affirmed, with costs to appellants. Findings of fact insofar as they may be inconsistent herewith are reversed, and new findings are made as indicated herein." An amended order upon this amended decision will be entered accordingly. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for the Acquisition of Title in Fee, for Street Purposes to Oakland Street and Another Street. NEWOAK REALTY COMPANY, INC., et al., Respondents-Appellants.— Motion for leave to have appeals heard on the record heretofore filed in this court and upon a supplemental printed record, granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.